STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRED WILLIAMS, DEFENDANT-PETITIONER.

See same case below: 106 *N. J. Super.* 170.

*Mr. Stanley C. Van Ness* and *Mr. Robert S. Miller* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. David J. Monyek* for the respondent.

November 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT HAUPT, DEFENDANT-PETITIONER.

*Mr. Stanley C. Can Ness* and *Mr. Edward P. Hannigan* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Peter A. De Sarno* for the respondent.

November 26, 1969. Denied.

FLOYD C. HOVER, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
BOROUGH OF MOUNT ARLINGTON, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

*Mr. Leonard Adler* for the petitioners.

*Mr. Joseph R. Valentino* for the respondents.

November 26, 1969. Denied.